IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| SCHLUMBERGER TECHNOLOGY CORPORATION, as assignee of CHESAPEAKE OPERATING, INC., | No. 4:22-CV-01465 |
| | (Chief Judge Brann) |
| Plaintiff, | |
| v. | |
| FIRST MERCURY INSURANCE CO., | |
| Defendant. | |

### ORDER

**MARCH 31, 2023**

In accordance with the accompanying Memorandum Opinion, **IT IS HEREBY ORDERED** that:

1. Defendant First Mercury Insurance Co.'s motion to dismiss Count III of Plaintiff Schlumberger Technology Corporation's Compliant is **GRANTED**.

2. Count III of Schlumberger's Compliant is **DISMISSED WITHOUT PREJUDICE**.

3. If Schlumberger wishes to plead over on Count III, it must file an amended pleading on or before **April 14, 2023**.

BY THE COURT:

*s/ Matthew W. Brann*
Matthew W. Brann
Chief United States District Judge