IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| SCHLUMBERGER TECHNOLOGY CORPORATION, as assignee of CHESAPEAKE OPERATING, INC., | No. 4:22-CV-01465 |
| Plaintiff, | (Chief Judge Brann) |
| v. | |
| FIRST MERCURY INSURANCE CO., | |
| Defendant. | |

## ORDER

### DECEMBER 3, 2025

In accordance with the accompanying Memorandum Opinion, **IT IS HEREBY ORDERED** that Plaintiff's motion to compel discovery and depositions is **GRANTED**. Defendant shall disclose documents created during, specifically discuss, or are relevant to the coverage decision-making process. Moreover, Plaintiff may depose Stan Greenspan and Kristin Gallagher about facts relevant to their role in the coverage decision-making process. These depositions must be completed by January 10, 2026.

Plaintiff's motion to disqualify counsel is **DENIED** without prejudice. Ms. Gallagher and the firm Kennedys CMK LLP may continue their representation of Defendant at this time.

BY THE COURT:

s/ *Matthew W. Brann*
Matthew W. Brann
Chief United States District Judge