**IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| SCHLUMBERGER TECHNOLOGY CORPORATION, as assignee of CHESAPEAKE OPERATING, INC., | No. 4:22-CV-01465 |
| Plaintiff, | (Chief Judge Brann) |
| v. | |
| FIRST MERCURY INSURANCE CO., | |
| Defendant. | |

## ORDER

**MARCH 31, 2026**

In accordance with the accompanying Memorandum Opinion, **IT IS HEREBY ORDERED** that, having completed the *in camera* review, Defendant First Mercury Insurance Co. is instructed to disclose parts of withheld documents to Plaintiff Schlumberger Technology Corporation in accordance with the Court's rationale as stated in the Memorandum Opinion. The disclosures must occur within 10 days of the date of this Order.

BY THE COURT:

*s/ Matthew W. Brann*
Matthew W. Brann
Chief United States District Judge